IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Federal National Mortgage Association, "FNMA", | C/A No. 0:15-3757-JFA-PJG |
| Plaintiff, | |
| vs. | |
| James Bradley Bailey, | **ORDER** |
| Defendant. | |

James Bradley Bailey ("Bailey") filed a notice of removal which purports to remove Civil Action No. 2009-CP-32-987 from the Lexington County Court of Common Pleas. (ECF No. 1.). The putative basis for removal is federal question jurisdiction.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation wherein she recommends that this Court remand this matter to state court *sua sponte* for lack of subject matter jurisdiction. (ECF No. 11). The Report and Recommendation sets forth the relevant facts and standards of law in this matter, and the Court incorporates such without a recitation.

In her Report and Recommendation, the Magistrate Judge opined that this Court lacked subject matter jurisdiction over the action both because Bailey failed to comply with removal statute and because no federal questioned existed on the face of the well-pleaded complaint. As such, the Magistrate Judge concluded the matter should be remanded *sua sponte* to state court.

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference in its entirety.

Accordingly, this Court remands this matter to state court.

**IT IS SO ORDERED .**

October 1, 2015                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge